U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 1 3 2009

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KANSAS CITY SOUTHERN RAILWAY CO. | : | DOCKET NO. 2:08-cv-1147 |
| VS. | : | JUDGE TRIMBLE |
| ROBERT S. NEWCOMB, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __13th__ day of ___April___, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE